# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Joseph Lowry

v.                                          Case Number: 3:22–cv–00112

City of LaMarque, Texas, et al.

---

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1601995344?pwd=b3lqWHBLQzBreGl2eDRmVXh5MjBsUT09*
Meeting phone number: 646–828–7666
Meeting ID: 160 199 5344
Meeting Password: 152902


United States Post Office and Courthouse
601 Rosenberg Street
Galveston, TX 77550


**DATE:** 3/8/2023

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Status Conference

---

Date:   February 27, 2023                                          Nathan Ochsner, Clerk