United States District Court
Southern District of Texas
**ENTERED**
March 08, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOSEPH LOWRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 3:22-CV-112 |
| | § | |
| CITY OF LA MARQUE, TEXAS, *ET AL.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the court is the plaintiff Joseph Lowry's unopposed motion to extend the deadline to file his response in opposition to the defendant's motion to dismiss. Dkt. 19. Finding good cause to do so, the court grants that motion. Lowry shall file his response to the motion to dismiss by March 10, 2023.

Signed on Galveston Island this 8th day of March, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE