| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION |
|---|---|

JOSEPH LOWRY, §
§
    *Plaintiff(s)*, §
§
v. § No. 3:22-cv-00112
§ Jury
CITY OF LA MARQUE, TEXAS, et §
al., §
§
    *Defendant(s)*. §

## PLAINTIFF JOSEPH LOWRY'S
## SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME

For the reasons explained below, Plaintiff Joseph Lowry (referred to as "Lowry") requests that the Court extend the time to file his response in opposition to Defendant City of La Marque, Texas' (referred to as "La Marque") Motion to Dismiss (Doc. 17) until March 15, 2023. *See*, Fed. R. Civ. P. 6(b).

I

The deadline for Lowry to respond to La Marque's Motion to Dismiss (Doc. 17) is March 10, 2023.

## II

Lowry requests an extension of time of five (5) days, to March 15, 2023, to respond to La Marque's Motion to Dismiss (Doc. 17); this is Lowry's second request for extension of time.

## III

Good cause exists for the requested extension because Lowry's lawyer has an unplanned personal conflict that makes finalizing the motion by the deadline not possible.

## IV

The undersigned has conferred with opposing counsel, who indicated that this request is not opposed.

\*   \*   \*

For the foregoing reasons, Lowry requests that the Court extend the time to respond to La Marque's Motion to Dismiss (Doc. 17) to March 15, 2023.

– 3 –

Respectfully Submitted,

MOORE & ASSOCIATES
Lyric Centre
440 Louisiana Street | Suite 1110
Houston, Texas 77002-1055
Telephone: (713) 222-6775
Facsimile: (713) 222-6739

By: /s/ Curt C. Hesse
Curt Hesse
Tex. Bar No. 24065414
curt@mooreandassociates.net

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

As required by Fed. R. Civ. P. 26(c)(1), 37(a)(1) and/or the local rules, I certify that I have conferred or made a reasonable attempt to confer with all other parties or their attorney(s) of record, who are listed below, about the merits of this motion with the following results:

> Mr. Steve Selbe
> GORDON REESE SCULLY MANSUKHANI
> *Attorney(s) for Defendant City of La Marque, Texas*
> ☐ opposes the motion
> ☒ does not oppose the motion
> ☐ agrees with the motion
> ☐ would not say whether the motion is opposed
> ☐ did not return my messages regarding the motion

March 10, 2023                                             /s/ Curt C. Hesse
Date                                                             Curt Hesse

## CERTIFICATE OF SERVICE

As required by Fed. R. Civ. P. 5(a)(1), I certify that I served a copy of this document on all parties or their attorney(s) of record—who are listed below—in accordance with Fed. R. Civ. P. 5(b) on the date indicated as follows:

> Mr. Steve Selbe
> sselbe@grsm.com
> GORDON REESE SCULLY MANSUKHANI
> 1900 West Loop South, Suite 1000
> Houston, Texas 77027
> Facsimile: (123) 456-7890
> *Attorney(s) for Defendant City of La Marque, Texas*
> ☐ mail
> ☐ personal delivery
> ☐ leaving it at ☐ office ☐ dwelling
> ☐ leaving it with court clerk
> ☐ electronic means
> ☐ other means
> ☒ CM/ECF system

| March 10, 2023 | Curt C. Hesse |
|---|---|
| Date | Curt Hesse |