Case 3:22-cv-00112   Document 30   Filed on 05/10/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 10, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOSEPH LOWRY, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | Civil Action No. 3:22-CV-112 |
| CITY OF LA MARQUE, TEXAS, *ET AL.*, | § § § § | |
| Defendants. | § § | |

## **ORDER**

Before the court is the plaintiff Joseph Lowry's unopposed motion to extend the deadline to file his response in opposition to the defendant's motion for judgment on the pleadings. Dkt. 29. Finding good cause to do so, the court grants that motion. Lowry's deadline to file his response in opposition is May 12, 2023.

Signed on Galveston Island this 10th day of May, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE