United States District Court
Southern District of Texas
**ENTERED**
May 22, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOSEPH LOWRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 3:22-CV-112 |
| | § | |
| CITY OF LA MARQUE, TEXAS, *ET AL.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is the defendants' unopposed motion to extend the deadline to file a reply to the plaintiff's response to the defendants' motion for judgment on the pleadings. Dkt. 32. Finding good cause to do so, the court grants that motion. The deadline for the defendants to file a reply brief is **Friday, May 26, 2023**.

Signed on Galveston Island this 22nd day of May, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE