UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOSEPH LOWRY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL CASE NO. 3:22-cv-00112 |
| | § | Jury |
| CITY OF LAMARQUE, TEXAS, KEITH | § | |
| BELL, in his individual capacity and in his | § | |
| official capacity, KIMBERLEY YANCY, | § | |
| in her individual capacity and in her official | § | |
| capacity, and RANDALL ARAGON, in his | § | |
| individual capacity and in his official | § | |
| capacity, | § | |
| | § | |
| *Defendants.* | § | |

## **DECLARATION OF KEITH BELL**

STATE OF TEXAS
COUNTY OF GALVESTON

KEITH BELL, under penalty of perjury, states as follows:

1.      "My name is Keith Bell. I am over the age of twenty one (21) and I am fully competent to make this Declaration. I have personal knowledge of the facts stated herein and they are all true and correct. I have personal knowledge of the facts stated herein because I was elected as a City Councilman for the City of La Marque for 17 years and then was elected Mayor in May of 2021. In my elected role, I have become familiar with the allegations that are being made in this lawsuit.

2.      I served as a firefighter with the Galveston Fire Department from 1996 to 2010. I was first elected as a City Councilman for the City of La Marque in \_\_\_\_\_ and served as Mayor Pro Tem from 2009 to 2021 when I was elected Mayor.



EXHIBIT
2

3.    I became familiar with the Plaintiff because of a variety of actions he has taken as a community activist. He launched a recall election against my election as Mayor in 2022. That recall election was unsuccessful. He also led a tax roll back election. That was successful. He has now been elected as City Council member of the City of La Marque. Mr. Lowry, in social media posts, has called me a thug and a criminal. He also made social media posts that were fake Twitter posts from me and other City Council members. Most of the fake Twitter posts contained what appeared to be racial stereotypes. An example of some of those posts are attached hereto as Exhibit A.

4.    I am familiar with Mr. Lowry's allegation that city workers removed political signs for Plaintiff's preferred causes. I did not remove any signs. Further, the La Marque City Council did not pass any type of resolution or approve of a policy to remove his signs. During the elections mentioned, there were hundreds and hundreds of signs mostly for the positions that he supported including my recall. It is my understanding that some of those signs violated right of way set back requirements as well as a state statute regarding political signs. Any removal of signs would only have been authorized of City workers for those type of violations and the requirements would have been enforced in a content neutral fashion. City employees must use their own sound judgment and discretion in determining what actions to take in effecting City policies and upholding state and federal law. I am not aware of any similar incidents before or after the alleged incidents in question, where citizens complained of an employee's actions regarding signs or of an alleged unconstitutional act involving a similar fact pattern.

5.    I am aware of Plaintiff's allegations that his Facebook posts were removed from the City of La Marque's Facebook page. I had no involvement in the City's Facebook page administration. I have not removed Plaintiff's posts on Facebook or any other social medium. In addition, I did not ban Plaintiff from the City's Facebook page or from any other social medium. I did not instruct anyone to ban Plaintiff or remove his comments from the City's Facebook page, or any other social medium. Both before Plaintiff's Complaint in this case was filed, after it was filed and continuing on, Plaintiff posted many, perhaps hundreds, of comments on the City's Facebook page that insulted the City administration including me. Those posts were not removed and remain today.  A sample is attached as Exhibit B to this Declaration. It is my belief that any administration of the Limited Public Forum Facebook page would be done in a content neutral fashion but I play no role in that administration.

6.      I learned of a planned protest regarding Plaintiff by citizens concerned about his actions. A permit was requested from the City for a protest to be held on January 15, 2022. However, the application for the permit was not approved by the City. Documents showing it was not approved are attached hereto as Exhibit C. I did not participate in or help to organize the protest. I am not aware of anyone employed by the City who participated or organized the protest. The City denied the application. And allocated a police presence to keep the peace.

7.      Based on my experience, training, and education, it is my belief that there are no actions that I have taken with regard to the Plaintiff that violated clearly established law. I do not believe that any action or inaction under the circumstances surrounding the Plaintiff's allegations violated clearly established law. It is also my opinion and belief that no reasonable governmental official would believe that the actions taken under these facts and circumstances violated any clearly established law.

8.      It is my belief and opinion that a reasonable governmental official could conclude that any actions that I have taken or not taken relative to Plaintiff were reasonable and not a violation of clearly established law. It is my belief and opinion that almost all governmental officials would conclude that actions in this matter were reasonable and not a violation of clearly established law. I have not observed any pattern, practice or custom by City of La Marque officials that violate citizens' Constitutional rights. I am not aware of any pattern of complaints against officials regarding similar allegations (political signs, Facebook and the protest) other than those made by the Plaintiff."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this _30_ th day of October, 2024.


_____
KEITH BELL

 

 **Mayor Keith Bell**
@keith_bell_mayor

Hello all.
Just a reminder that I only tell a little truth in my speeches because most of you are so gullible. I love the word transparent even though I have no clue what it means. Hope this tweet was transparent.

6:10 AM · Apr 26, 2022

**1** Quote Tweet     **1** Like

**Joseph Lowry**
5h · 🌐                                                                 •••

Bell telling the truth for once? "Transparent"

1 Share

Like          Comment          Share

Write a comment...



EXHIBIT
A



**Chief Randall Aragon**
@ChiefQueef

## What's the best adult diapers to wear while on duty?

Depends ✓          70%

PreVail           30%

95,550 votes · Final results

6:52 AM · Apr 26, 2022 · Twitter Web App

**5.8K** Retweets    **530** Quote Tweets    **9.2K** Likes

---

**Joseph Lowry**
4h · 🌐

Aragon is not fit to be a Chief.

😆 3                           1 Comment   1 Share

Like            Comment            Share

**George Saldana**
Chief Queef? 😆
Like   Reply   34m

Write a comment...



**Dana Loftis**
@CallmeRechardthough

@Keith_Bell_Mayor I got dem signs you wanted me to get, can you cashapp me my money asap. Is there anything else you want me to do? Just say the word, I'll do your biddings.

6:17 AM · Apr 26, 2022

**32.6K** Retweets    **18.9K** Quote Tweets    **74.8K** Likes

---

**Joseph Lowry**
4h · 🌐

I KNEW IT!!!

 1                                           2 Comments  1 Share

Like                    Comment                    Share

 **Richard Castillo**
You must have just found out about the tweet generator 😂
Like  Reply  3h

 **Sarah Dougherty**
😂😂😂 Crazy Mandalyn Mob: "HOW DARE YOU HARASS THESE MEN! DANA WAS JUST HELPING KLMB BY PICKING THEM UP!"
Mayor's Response: "At the end of the day I am going to do my due diligence to raise taxes and blame Joseph Lowry for the ran down police department."
Joseph: "I STILL HAVE THE YARD OF THE MONTH"
Like  Reply  2h  Edited

Write a comment...

**City of La Marque**
May 10 · 🌐



**La Marque Economic Development Corporation**
April 20 · 🌐

The La Marque Economic Development Corporation is dedicated to assisting the development of a strong, diversified economy for the City of La Marque. We promote ... See more



👍❤️ 10                                                        5 Comments

👍 Like                    💬 Comment                    ↪ Share

All comments ▾

 Write a comment...                              ☺ 📷 😀

**Carolyn Small**
Hopeful and praying for my city 🙏

Like    Reply    5w

**William Patterson** 🏛
Can somebody provide a list of companies that were lobbied to relocate or establish their businesses in La Marque, due to this Corporation, that actually moved or started businesses? Preferably with date stamps, in chronological order.................

Like    Reply    5w

   🕴 👑 Top fan
   **Mandalyn Agapita Salazar**
   **William Patterson** , Contact the EDC directly and do a public records request.

   Like    Reply    5w

   Reply to William Patterson...                         ☺ 📷 😀

**Bill Abrams**
If you wanna provide the start up money, I'm in. Id love to have my own business.

Like    Reply    5w

 **Joseph Lowry**
Highest crime and a crooked police chief mayor and councilwoman. Hard pass till the elected criminals are gone

Like    Reply    5w

Write a comment...

EXHIBIT B


EXHIBIT
B

City of La Marque
May 6

 

**TOMORROW IS ELECTION DAY**

VOTETEXAS.GOV
POWERED BY THE TEXAS SECRETARY OF STATE

**MAÑANA ES EL DÍA DE LA ELECCIÓN**

VOTETEXAS.GOV
ACTUADA POR LA SECRETARIA DEL ESTADO DE TEXAS

**Office of the Texas Secretary of State** ✔
May 6

REMINDER: TOMORROW is Election Day for the May 7th Constitutional Amendment & Local Elections across Texas!

Visit www.votetexas.gov to learn how to find your p... See more

👍 5                                                    7 Comments  2 Shares

👍 Like              💬 Comment              ↪ Share

All comments ▾

Write a comment...                           😊 😶 🎃 🌐

**Ray Medina**
Vote to lower our taxes! 😂👍😆 5
Like   Reply   6w

**Eva Livy**
Maybe the city should mention 2 places to vote tomorrow in our city.
VOTE YES/FOR TAX ROLLBACK.
Our police Department will Not be defunded, nor grow on either way you vote.
Like   Reply   6w                                      👍😆 3

   **Tex Rob**
   Eva Livy , have an idea, maybe you can go on your page and mention those
   locations. I mean...considering you don't care that your city staff gets paid for
   their work. JS
   Like   Reply   6w                                      😆

      **Eva Livy**
      Tex Rob ohhh the city gets paid , and will continue to get paid 😊
      Like   Reply   6w

      **Eva Livy**
      Tex Rob I'm allowed my vote as you are yours, no reason to get so
      uptight. 😊
      Like   Reply   6w                                   👍 2

   Reply to Eva Livy...                                  😊 😶 🎃 🌐

**Joseph Lowry**
Vote FOR/YES to lower your taxes
Like   Reply   5w                                      👍😆 3

**Eva Livy**
Here's where you can vote tomorrow 😊 1109 Bayou and 5715 Texas Avenue. 😊
Like   Reply   6w                                      **EXHIBIT A**

Write a comment...

POLITICAL SIGNS

During campaign season, the landscape blooms with a special kind of flower - the political sign. Unlike wildflowers which are welcome anywhere, putting political signs on public lands is illegal. Placing illegal signs on private land is also illegal and citations will be issued. So before you plant that sign, learn the law and keep La Marque beautiful!

City of La Marque never controls the content of any signage, but does reserve the right to remove & issue citations for illegal signs. If you have questions about what may be on a political sign please contact the Texas Ethics Commission at (512) 463-5800



44 Comments · 2 Shares

👍❤️ 🔂

👍 Like        💬 Comment        ↪ Share

All comments ▾

Write a comment...

**Eva Loy**
JUST VOTE YES TO LOWER TAXES! Seriously it's that simple. The city cannot, and will not defund our police ! NEXT AGENDA
Like · Reply · 1w

**Ray Medina**
Vote to lower our taxes!
I'll take a sign and place on my property proudly!
Like · Reply · 1w

   **Joseph Lowry**
   Ray Medina smart man! Great job standing up to these tyrant's too!!
   Like · Reply · 1w

      **Ray Medina**
      Joseph Lowry we need more!
      Like · Reply · 1w

      ▶ Top fan
      **Mandalyn Agapita Salazar**
      Ray Medina , where is your proposed budget for roll back of 55 to 47?
      Like · Reply · 1w
      ▼ 10 Replies

···

behind the police . It's funny she came out saying on defunding the police Department but comes up with this law that clearly defunds the police Department.
Like · Reply · 1w
▼ 9 Replies

   ▶ Top fan
   **Jacqueline Pemin**
   Ray Medina you told me that your house payment went up $200 but how much of that is actually going to the city . if you look closely going to the school and county .
   Like · Reply · 1w

Reply to Ray Medina...

**Joseph Lowry**
Nobody pay attention to these clowns they even tried to use their attorney to intimidate me it didn't work very well he got a little taste of Joseph Lowry.
Like · Reply · 1w

**Joseph Lowry**
Municipal Restrictions on Posting Signs
Although Texas state does not impose many rules on the placement of political signs, the state laws allow cities and counties to impose additional restrictions. That means that anyone posting a campaign poster or political sign will want to check with local authorities to learn about their laws.

While state law allows cities and counties to impose some restrictions on political signs, it also sets limits on what kind of restrictions are possible and when they can apply to political signs. Section 259.003 of the Texas Election Code limits the regulation of political signs by cities. If someone wishes to place a sign on private property with the consent of the property owner, a municipality cannot:

Prohibit the sign from being placed.
Require a permit or approval of the municipality or impose a fee for the sign to be placed.
Restrict the size of the sign.
Provide for a charge for the removal of a political sign that is greater than the charge for removal of other signs regulated by ordinance.
Rules for Billboards
This restriction on municipal authority does not apply to a billboard bearing a sign with a political message on a temporary basis if the billboard is generally available for commercial advertising or other messages that are not primarily political. Nor does it apply to signs that are more than 8 feet high, with an area greater than 36 feet, and that are illuminated or have any moving elements.
Homeowner Restrictive Covenants
If you live in a development governed by a property owners' association (HOA), Texas law allows such groups to adopt certain restrictions regarding political signs. However, like with municipalities, the state Election Code restricts the types of permissible rules an HOA can enact.
Texas Election Code Section 259.002 is entitled "Regulation of Display of Political Signs by Property Owner's Association." It limits the length of time that a property owners' association can prohibit a property owner from displaying on their own property a political sign about a candidate or a measure up for a vote. These signs cannot be forbidden from 90 days before election day to 10 days after the election. The association can forbid political signs at other times.
Like · Reply · 1w

**Joseph Lowry**
What about when your board members illegally remove them? Thug boy Loftis!! Y'all are a joke!!
Like · Reply · 1w

**Joseph Lowry**
It's also illegal for a city worker to go on private property and steal signs. You guys are going to pit yourself into another lawsuit bunch of morons

Write a comment...

EXHIBIT A



EXHIBIT A



**City of La Marque**
April 19 · 🌐

Pre-Budget Workshop

The City will be hosting workshop meetings for residents in April to join and discuss the items wanted for the 2023 Budget. Please make an effort to come to join this meeting to make your voice heard as it pertains to your city.

This meeting will be held on Tuesday, April 21st at 6PM inside the City of La Marque Council Chambers (1109-B Bayou Rd), next to City Hall.... See more



April 21, 2022 | 6 PM

Council Chambers
(1109-B Bayou Rd.)

LA✦MARQUE

 3                                                                4 Comments

👍 Like                    💬 Comment                    ↗ Share

Most relevant ▾

 Write a comment...                                          😊  

 **Rosie Long-Herr**
Will it be on You Tube channel?
Like    Reply    8w    Edited

 **Ray Medina**
Lower our taxes!
Like    Reply    8w

 **Eva Livy**
Can we have an agenda prior... ty 🌐
Like    Reply    8w

**Joseph Lowry**
La Marque needs a forensic audit. Not a audit paid for by the city that's used the same company for 12 years either. They just make sure the numbers are in the right places. We need a forensic audit to account for all the fraud that's going on
Like    Reply    8w

Write a comment...                                          EXHIBIT A

City of La Marque
April 4 · 🌐

Public Relations | April 2022

As a continued effort to keep our citizens informed The City of La Marque presents our 1st Informational Release from Public Relations. We hope this is informative and provides our citizens with timely information in a manner that can be easily received.

👀 Keep your eyes open for more to come!



JOSHUA B. PRITCHETT
PUBLIC RELATIONS OFFICER

👍😍 33                                          7 Comments  8 Shares

👍 Like                🗨 Comment                ➤ Share

All comments ▾

👤 Write a comment...                          😊 GIF 🙂

👤 Jackie Johnson Pennington

                                                  •••

👤 🏆 Top fan
Jacqueline Perrin
If we want this great team better vote against the tax rollback and keep Kieth Bell
Like   Reply   10w

👤 Enrique Andino
Congrats great job
Like   Reply   10w

👤 🏆 Top fan
Tonia Rene Griffin
🤍🤍
Like   Reply   10w

👤 Theresa Garcia
Great job
Like   Reply   10w

👤 Joseph Lowry
A bird sanctuary but you can't have chickens without paying a tax LOL
Like   Reply   10w

Write a comment...

EXHIBIT A

Pre-Budget Workshop

The City will be hosting workshop meet-ups for residents in April to join and discuss the items wanted for 2023 Budget. Please make a effort to come join this 1st meeting to make your voice heard as it pertains to your city.

This meeting will be held on Tuesday, April 5th at 6PM inside City of La Marque Council Chambers (1109-B Bayou Rd) next to City Hall ... See more



April 5th | 6PM
Pre-Budget Workshop at
La Marque
Council Chambers.

COUNCIL

LA✦MARQUE

👍😊 12                                    23 Comments 11 Shares

     👍 Like              💬 Comment           ↪ Share

                                         All comments ▾

     Write a comment...

Carolyn Small
Hopefully most La Marque residents will want to talk about the roads 😊
Like · Reply · 40w
↳ 4 Replies

Carolyn Small
Looking forward to it!
Like · Reply · 40w

Eva Livy
So is the pre Budget meeting same as the Tax Forum meeting then?
Like · Reply · 40w

Eva Livy
Question ? Do Grant's have a time frame in which they must be used? It's saddening to know we have grants from 2017 which have still not been utilized.
Like · Reply · 40w

Robert Michelich
Waste of time 😊
Like · Reply · 40w
↳ 6 Replies

Joseph Lowry
Corrupt mayor Bell will be there however this is from the city manager. He wants to know what the citizens want. Here is our opportunity
Like · Reply · 40w

Ronnea Andickie Reed
Joseph Lowry it says nowhere it is from the city manager? this is not abnormal. people want things that we simply can't afford. street lights, more police, roads repaired, new police station, changes have to be made at the wastewater treatment plant to... See more
Like · Reply · 40w

Tracy Baumgartner Turner
Joseph Lowry Jojo - here's a little something for you - since you are always calling Bell and Aragon corrupt, with zero proof. I think this is your little right-wing friend. Tink. 😂 https://www.msn.com/en-us/news/us/missouri-city-s-top-executive-placed... See more

MSN.COM
Missouri City's top executive placed on paid administrative leave pending investigation

Like · Reply · 40w · Edited

Joseph Lowry
Tracy Baumgartner Turner that's because they are corrupt. Who cares what he's doing in another city a year or so later??? Obsessed much with him like Bell wants people to be? Is bell corrupt because of Tink? Is Aragon corrupt because of Tink? It's optics to take the eyes off of the real criminals!! BELL AND ARAGON ARE THUGS AND CRIMINALS!!!
Like · Reply · 40w

Tracy Baumgartner Turner
Joseph Lowry Aragon worked as Police chief back when I worked for the City. I never heard anything bad about him, especially him being corrupt. Those are harsh words with no proof. If Bell and Aragon are 'corrupt', wouldn't they be found out by now? Wouldn't they placed on administrative leave? I would think so.
Like · Reply · 40w

Joseph Lowry
Tracy Baumgartner Turner what a corrupt person that's being corrupt with another person on administrative leave? What sense does that make it's a team effort. They brought him back intentionally because they knew he was corrupt and would do exactly as he was told by King Bell. Yeah dude's been corrupt everywhere he has been. Scandal after scandal after scandal have you not done your research? I'd do it for you again for the 100 time for people but they seem to look past the facts that he has had scandals everywhere he goes the guy should be in prison
Like · Reply · 40w

Joseph Lowry
Tracy Baumgartner Turner and as far as corrupt Bell he should be in prison for trying to get people to set up straw accounts so he can award them money from the city he's a dirtbag he's a scummy creepy slimy no good corrupt politician
Like · Reply · 40w

Reply to Joseph Lowry...

Joseph Lowry
Robert Michelich
Like · Reply · 40w

Write a comment...

EXHIBIT A

 City of La Marque
March 30 · 🌐

🔊 WEDNESDAY WORD | MARCH 30 🔊
In an effort to keep our residents updated on city news, Mayor Keith Bell shares his recent address with our city.

#IloveLaMarque #WednesdayWeeklyWord
#ForwardTogether #CommunityinUnity



 14                                    5 Comments  2 Shares

🖒 Like                    💬 Comment                    ↪ Share

 All comments ▾

 Write a comment...                     

🏅 Top fan
Jacqueline Perrin
Thank you for keeping us updated and informed

Like   Reply   11w

Carolyn Small
Can't wait to see what they do over there!

Like   Reply   11w

 Joseph Lowry
Taxpayer funded lobbying!!!!

Like   Reply   11w

 Joseph Lowry
Stop fighting us with our tax Dollars.

Like   Reply   11w

 Joseph Lowry
It's theft

Like   Reply   11w                    EXHIBIT A

Write a comment...

 City of La Marque
March 23 · 🌐

···



**Abundant Life Christian Center**
March 23 · 🌐

Abundant Life celebrated 37 years of ministry this month, and @cityoflamarque recognized the accomplishments of 37 years of ministry by declaring March 6 "Abunda... **See more**

😊👍😍 23

4 Comments

👍 Like          💬 Comment          ↪ Share

All comments ▾

 Write a comment...          😊 📷 🙂

**Joseph Lowry**
Keith Bell and Kimberly Yancy's harassment of our children are why we removed them from public schools and put them in abundant Life! This picture frightens me.

Like   Reply   12w          🙂 5

**Roger Mccauley**
**Joseph Lowry** don't you have to agree to give all your assets to that church, when you die or something? 😅 😅

Like   Reply   12w

**Joseph Lowry**
**Roger Mccauley** I've never heard that and I really like the church. And school. This is frightening as a parent. I believe this picture is too intimidate stalk and harass my family. They're trying to portray something.

Like   Reply   12w          🙂

 Reply to Joseph Lowry...          😊 📷 🙂

**Joseph Lowry**
These two in this picture voted for us to have the highest taxes in the entire county! That is a fact. They also voted to put laptops on a 10-year payment plan! That's like putting your cell phone on your mortgage LOL these people are not fit to govern

Like   Reply   12w

Write a comment...                                        EXHIBIT A



**CITY OF LA MARQUE**
**SPECIAL EVENT PERMIT APPLICATION**
1111 BAYOU ROAD, LA MARQUE TX 77568
(409) 938-9202

*All applications must be submitted no less than 90 days prior to the event.*

| Event Name: HiT The Road Jack Protest | Date of Event: Saturday January 15, 2022 |
|---|---|
| Event Location (Address): Cedar/Lake Rd Intersection Infront of 2503 Cedar DR. | Type of Event: ☐ Walk/Run ☑ Mass Gathering ☐ Parade ☐ Concert ☐ Other: _____ |

| Is this event on public property? ☑Yes ☐No | Estimated number of participants: 120 | * Any event involving horses will be required to provide for clean-up of manure left on the City roadways/property. |
|---|---|---|
| Event requires roadway closure? ☑Yes ☐No | Parking on Estimated number of vehicles: 0 | |
| *Event involves horses? ☐Yes ☑No | Street Estimated number of animals: 0 | |

**For events that require roadway closure:**

Time roadway will be closed for setup: ~~10~~ 9:30 ☑AM ☐PM

Event start time: 10 ☑AM ☐PM

Event end time (right-of-way open for public access): 11:30 ☑AM ☐PM

Will barricades be used? ☐Yes ☐No

Name and Phone number of the person responsible for barricades:

If the event is a parade, please list the route: (All parades, trail rides, mass gatherings, etc. must be approved by the Chief of Police and some routes may require approval by the Texas Department of Transportation. Proposed routes may be altered at the discretion of the Police Department or Public Services)

30 minutes for staging

Include route

*Permit Applicant Information:*

Applicant Name: Mandalyn Salazar

Organization Name:

Street Addre

Phone #:

E-mail: buildupamerica.Salazar@gmail.com

City, State, Zip: League City, TX

*Alternate Permit Applicant Information (required):*

Applicant Name: Rechard Loftis

Organization Nan

Street Address:

Phone #:                    Fax #

E-mail: rechardloftis1968@gmail.com

City, State, Zip: LaMarque, TX 77568

On part of the street      Ordinance 53-56

**EXHIBIT**

C

*tabbies*

Will any tents be used at this event? ☐ Yes ☑ No

If tents are used, **they must first be approved by the Fire Marshal**. Attached to this application must be a copy of a certificate provided by the promoter or sponsor that the tents and tarpaulins meet the requirements for fire resistance as prescribed in the National Fire Protection Association "Standard Methods of Fire Tests for Flame-Retardant Textiles and Films No. 701" and that such fire resistance is effective for the period specified by the certificate.

Certificate attached: ☐ Yes ☐ No

Tents approved by Fire Marshal (only if tents are used): _____

**Security**: Prior to any permit being issued by the City of La Marque, the promoter shall provide for security for the event. The number of security officers required will be determined by the Chief of Police (or designee), with a minimum of two (2) officers.

Will alcohol be sold, served, or consumed? ☐ Yes ☑ No        Number of Officers required: _____

Security Officers provided by: _____

Security Officers will be: _____

Hours scheduled: _____

Approved by Chief of Police        ☐ Yes ☐ No        Signature/Date _____

**Sound Amplification**: The City of La Marque Code of Ordinances Section 44-14 "Noises as Public Nuisances" requires a permit application to be submitted to the Chief of Police for any event utilizing sound amplification. Copy of approved permit must be attached to this application.

Permit attached:    ☐ Yes ☐ No

**Fire Watch/Emergency Medical Services:** Prior to any permit being issued by the City of La Marque, the promotor shall make contact with the Fire Chief (or designee) to determine if the event necessitates having fire and/or emergency medical staff on property during the event. Staff determined by Fire Chief.

Fire Watch required:    ☐ Yes ☑ No        If Yes, number of personnel required: _____

Emergency Medical Services required:    ☐ Yes ☐ No        If Yes, number of personnel required: _____

Approved by Fire Chief:    ☐ Yes ☐ No        Signature/Date _____

**Public Services:** Prior to any permit being issued by the City of La Marque, the promoter shall make contact with the Director of Public Services (or designee) for approval of a traffic control plan. *Traffic control is the responsibility of the promoter and a copy of the traffic plan must accompany this application.*

Traffic Plan attached:    ☐ Yes ☐ No

Approved by Director of Public Services:    ☐ Yes ☐ No        Signature/Date _____

**Emergency Management:** If the event is to be held outdoors, an emergency plan must be submitted to the Emergency Management Coordinator for approval. The EMC will determine whether a plan is necessary.

Plan needed:    ☐ Yes ☐ No        Acknowledged by EMC: _____

Note* Safety Plan Will be Submitted

EXHIBIT B

This permit includes the following provisions to which applicant agrees by signature:

1. The permit holder must provide proof of insurance as per "Exhibit A" attached. Additionally, the City of La Marque must be listed as an additional insured or an insured. Insurance required shall be issued by a company or companies of sound and adequate financial responsibility and authorized to do business in the State of Texas. All policies shall be subject to examination by the City Manager's office for their adequacy as to form, content, form of protection, and providing company.

2. The permit holder is responsible for any damages. The permit holder is responsible for cleanup of garbage and litter generated by the event.

3. Other permits may be necessary for your event, e.g. alcohol/food sales, vendor permits, etc.

This permit is subject to the City of La Marque Code of Ordinances, the City Charter, and all rules and regulations governing street rights-of-way. The applicant agrees to indemnify and hold harmless the City of La Marque from and against all liabilities, claims, demands, judgements, losses and all lawsuits or in equity, cost and expenses, including reasonable attorney fees, for injury or death of any person or loss or damage to the property of any person, firm, organization, or corporation, including both parties hereto and their employees, arising from the holding of such special event. If applicable, the applicant agrees that during the use of the public area, the sponsoring organization will not exclude any person from participation in, deny anyone the benefits of, or otherwise subject anyone to discrimination because of race, color, national origin or disability.

Applicant's Signature: _____   Date: 1/10/22

---

**For Staff Use Only:**

Requires Council Approval:  ☐ Yes  ☐ No

If Approved, Date Approval Received: _____

Approved by City Manager or Designee:: _____

Date: _____

Permit Issued:

By: _____

Date: _____

*See attached e-mail-9C*

EXHIBIT B

Hosted By: Friends of Mandalyn

# HIT THE ROAD JACK
## PROTEST & RALLY!

**Saturday, January 15th, 2022**
**Starting Time: 10:30 am**
**Location: In Front of 2503 Cedar Dr.**
**La Marque, Texas 77568**
**Parking all along Lake Rd.**

EXHIBIT B

**Jennifer Earl**

| | |
|---|---|
| **From:** | Mandalyn Salazar <buildupamerica.salazar@gmail.com> |
| **Sent:** | Monday, January 10, 2022 5:49 PM |
| **To:** | Jennifer Earl |
| **Cc:** | Venisha Henderson; Randall Aragon; Chad Waggoner; Kathleen VanStavern |
| **Subject:** | Re: Event Permit Request |

[External Email] This message originated from outside your organization.

Thank you Ms. Earl!

Per our conversation, this rally will go as planned!

I contacted the city as a courtesy. I and other groups in recent time have not completed an event permit at all. As a courtesy I called and emailed a safety plan, but that was it.

We do not need a permit to execute our constitutional right to assemble and freedom of speech. The Chief knows how to get a hold of me.

Thank you!
Mandalyn Salazar

On Mon, Jan 10, 2022, 5:07 PM Jennifer Earl <j.earl@cityoflamarque.org> wrote:

Ms. Salazar,

I just spoke with staff about the application. We cannot close the street within this timeframe. If you have written permission from the owner of one of the 3 businesses to use their parking lot, we can proceed with the gathering this Saturday or you will need to postpone to a date 14 days out (January 29th/30th).

In order to approve the application with the changes we would need the following by Wednesday, January 12, 2022 at 5:00pm:

1. Written letter from the owner of the business giving permission to be on their private property
2. Provide proof of liability insurance for the event
3. A minimum 2 state-certified security officers
4. Correct the application to reflect 150-200 citizens
5. The parking lot you hold your gathering will need to have vehicles blocking off entry

Please let me know if have any questions.

1

Thank you,


**Jennifer Earl**

**Executive Assistant to the City Manager**

City Manager's Office

City of La Marque

1111 Bayou Road

La Marque, Texas 77568

O: 409-938-9225

F:  409-935-0401

cityoflmarque.org


**From:** Mandalyn Salazar <buildupamerica.salazar@gmail.com>
**Sent:** Monday, January 10, 2022 3:00 PM
**To:** Jennifer Earl <j.earl@cityoflamarque.org>
**Cc:** Venisha Henderson <v.henderson@cityoflamarque.org>
**Subject:** Re: Event Permit Request


**[External Email] This message originated from outside your organization.**

_____

Thank you so much! See attached documents for event. I will submit our safety plan tomorrow. Let me know if you
need anything else.


Mandalyn Salazar

2