United States District Court
Southern District of Texas
**ENTERED**
April 24, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| JOSEPH LOWRY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:22-cv-00112 |
| | § | |
| CITY OF LA MARQUE, TEXAS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Pursuant to the court's Opinion and Order entered today, judgment is entered in favor of all Defendants and against Plaintiff.

This is a final judgment.

The Clerk will provide copies of this judgment to the parties.

SIGNED this 24th day of April 2025.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE